NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────

**MOTIVE DRILLING TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

───────────────

2023-2375

───────────────

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00288, IPR2022-00289.

───────────────

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    MOTIVE DRILLING TECHNOLOGIES, INC. V. VIDAL

(2)  Each side shall bear their own costs.

FOR THE COURT

December 18, 2023
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 18, 2023